IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEW CINGULAR WIRELESS PCS, LLC,

    Plaintiff,

v.                                          Case No. 1:13-CV-01056-JAP-SMV

COUNTY OF BERNALILLO,
NEW MEXICO,

    Defendant.

## ORDER GRANTING JOINT MOTION
## TO EXTEND SCHEDULING ORDER DEADLINES

This matter having come before the Court on the joint motion of the parties to extend scheduling order deadlines; and the Court finding that the motion is well-taken;

IT IS HEREBY ORDERED as follows:

1. The scheduling deadlines set forth below are extended as indicated:

| Deadline | Current Due Date | Extension Date |
|---|---|---|
| Close of discovery | 07/07/14 | 09/15/2014 |
| Motions relating to discovery | 07/28/14 | 09/29/14 |
| Pretrial motions (other than discovery motions) | 08/07/14 | 10/10/14 |
| Plaintiffs to file Pretrial Order to Defendant | 09/22/14 | 11/24/14 |
| Defendant to file Pretrial Order to Court | 10/06/14 | 12/05/14 |

 

_____
HON. STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted by:

LONG, KOMER & ASSOCIATES, P.A.
*Attorneys for Defendant Bernalillo County*

<u>       *s/ Nancy R. Long 07-03-14*          </u>
Nancy R. Long
nancy@longkomer.com
email@longkomer.com


CADIGAN LAW FIRM, P.C.

<u>       *Electronically approved 07-03-14*     </u>
Michael J. Cadigan
cadigan@cadiganlaw.com