IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEW CINGULAR WIRELESS PCS, LLC,

    Plaintiff,

v.                                        Case No. 1:13-CV-01056-JAP-SMV

COUNTY OF BERNALILLO,
NEW MEXICO,

    Defendant.

## ORDER GRANTING JOINT MOTION TO
## EXTEND DEADLINES TO COMPLETE CERTAIN DISCOVERY

This matter having come before the Court on the joint motion of the parties to extend deadlines to complete certain discovery; and the Court finding that the motion is well-taken;

IT IS HEREBY ORDERED as follows:

1. The scheduling deadlines set forth below are extended as indicated:

| **Deadline** | **Current Due Date** | **Extension Date** |
|---|---|---|
| Close of discovery – Depositions only | 09/15/14 | 10/31/14 |
| Motions relating to discovery | 09/29/14 | 10/31/14 |
| Pretrial motions (other than discovery motions) | 10/10/14 | 11/15/2014 |

                                              HON. STEPHAN M. VIDMAR
                                              United States Magistrate Judge

Submitted by:

LONG, KOMER & ASSOCIATES, P.A.
*Attorneys for Defendant Bernalillo County*

     */s/ Nancy R. Long*
Nancy R. Long
nancy@longkomer.com
email@longkomer.com


CADIGAN LAW FIRM, P.C.

     */s/ Michael J. Cadigan*
Michael J. Cadigan
cadigan@cadiganlaw.com