IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW CINGULAR WIRELESS PCS, LLC,

    Plaintiff,

v.                                      No. 13-cv-1056 JAP/SMV

COUNTY OF BERNALILLO,

    Defendant.

## ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR PROTECTIVE ORDER

THIS MATTER is before the Court on Defendant's Motion for Protective Order [Doc. 32], filed on September 8, 2014. On various grounds, Defendant moved for "a protective order as to the Notices of Depositions filed by Plaintiff [for 11 deponents]." *Id.* at 2. Plaintiff responded on September 25, 2014, stating that the motion was moot because Defendant had agreed to make the deponents available. [Doc. 36]. Defendant filed no reply, and the time for doing so has passed. Accordingly, it appears that the motion is, indeed, moot. *See* D.N.M.LR-Civ. 7.1(b) ("The failure to file and serve a reply in support of a motion within the time prescribed for doing so constitutes consent that briefing on the motion is complete.").

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Protective Order [Doc. 32] is **DENIED as moot**.

IT IS SO ORDERED.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge